In the Matter of Change of Grade Commission (In the Matter of Naughton. In the Matter of Brennan. In the Matter of Jennings. In the Matter of Ward).— Motions granted. Settle orders on notice.

William D. Tyndall v. Pinelawn Cemetery.— Motion for stay pending appeal granted ; application to extend time to withdraw demurrer and answer denied. See Memorandum per curiam. Settle order on notice.

Irving E. Raymond v. Burnett Y. Tiffany.— Motion denied, without costs. Settle order on notice.

In the Matter of Washington Smith.— Reference ordered. Settle order on notice.

In the Matter of Sanford Robinson.— Reference ordered. Settle order on notice.

In the Matter of Jewell Flower.— Reference ordered. Settle order on notice.

Charles Lehman-Charley, Respondent, v. John R. Bartlett and Others, Impleaded with Herman de Selding and William B. Tubby, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry W. Savage, Appellant, v. New York Press Company, Limited, Respondent.— Judgment and order affirmed, with costs. No opinion.

De Ruyter M. Hollins, Appellant, v. Arthur K. Bourne, Respondent.— Judgment and order affirmed, with costs. No opinion.

In the Matter of The City of New York (In the Matter of Chamberlain's Funds).— Reargument ordered.

In the Matter of Maxwell Stevenson.— Reargument ordered.

Walter W. Miller v. Charles E. Campbell.— Motion denied, with ten dollars costs.

In the Matter of Edward N. Tailer.— Motion granted. Settle order on notice.